UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

BRYAN CARMODY,

                Plaintiff,

- against -

MEDIANEWS GROUP, INC.

                Defendant.

Docket No. 1:20-cv-1056

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Bryan Carmody ("Carmody" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant MediaNews Group, Inc. ("MediaNews" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted video of a Sausalito mudslide, owned and registered by Carmody, a professional photographer and videographer. Accordingly, Carmody seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Colorado.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Carmody is a professional photographer in the business of licensing his photographs and videos to print and online media for a fee having a usual place of business at 459 Fulton Street, Suite 201, San Francisco, California 94102.

6. Upon information and belief, MediaNews is a domestic business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 101 W. Colfax Avenue, Suite 110, Denver CO 80202. Upon information and belief, MediaNews is registered with the Colorado State Department of Corporations to do business in Colorado. At all times material hereto, MediaNews has operated its Twitter page at the URL: www.Twitter.com/Mercnews (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Video**

7. Carmody took video of a Sausalito mudslide (the "Video").

8. Carmody is the author of the Video and has at all times been the sole owner of all right, title and interest in and to the Video, including the copyright thereto.

9. The Video was registered with United States Copyright Office and was given Copyright Registration Number PPA 2-181-406.

**B. Defendant's Infringing Activities**

10. MediaNews ran a screenshot of the Video on the Website. A screenshot of the Video screenshot on the Website is attached hereto as Exhibit A.

11. MediaNews did not license the Video from Plaintiff for its Website, nor did MediaNews have Plaintiff's permission or consent to publish the Video on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
## (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. MediaNews infringed Plaintiff's copyright in the Video by reproducing and publicly displaying the Video on the Website. MediaNews is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Video.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by MediaNews have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant MediaNews be adjudged to have infringed upon Plaintiff's copyrights in the Video in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
April 14, 2020

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Bryan Carmody*