UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| BRYAN CARMODY<br><br>        Plaintiff,<br><br>v.<br><br>MEDIANEWS GROUP, INC.<br><br>        Defendant. | **NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))**<br><br>**Case No.: 1:20-cv-1056-SKC** |

   IT IS HEREBY NOTICED that the above case has settled and should be dismissed with prejudice with both sides bearing their own costs and attorney's fees.

/s/Richard Liebowitz
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: June 7, 2020

*Attorneys for Plaintiff Bryan Carmody*